IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>                Petitioner,<br><br>vs.<br><br>GAGE COUNTY, NE,<br><br>                Respondent. | **8:22CV358**<br><br>**ORDER** |

      Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and two Motions for Leave to Proceed in Forma Pauperis, Filing No. 4; Filing No. 5. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing 7, Case No. 8:22CV250), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. See 28 U.S.C. § 1915(a)(1).

      IT IS THEREFORE ORDERED that: Petitioner's Motions for Leave to Proceed in Forma Pauperis, Filing No. 4; Filing No. 5, are granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business

      Dated this 2nd day of November, 2022.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge